Case 07-15863   Doc 47   Filed 06/03/08   Entered 06/03/08 11:41:06   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Dale | Case Number: 07 B 15863 |
|---|---|---|
| | Harris, Lori | Judge: Wedoff, Eugene R |
| | Printed: 6/3/08 | Filed: 8/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: October 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,440.00 | |
| Secured: | | 3,123.30 |
| Unsecured: | | 0.00 |
| Priority: | | 1,446.43 |
| Administrative: | | 1,513.00 |
| Trustee Fee: | | 357.27 |
| Other Funds: | | 0.00 |
| Totals: | 6,440.00 | 6,440.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,513.00 | 1,513.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 16,521.53 | 3,123.30 |
| 4. | Internal Revenue Service | Priority | 1,406.20 | 1,406.20 |
| 5. | Illinois Dept of Revenue | Priority | 406.51 | 40.23 |
| 6. | Target National Bank | Unsecured | 337.39 | 0.00 |
| 7. | Preferred Flooring | Unsecured | 42.75 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 1,608.44 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 29.57 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 1,970.50 | 0.00 |
| 11. | Federated Retail Holdings Inc | Unsecured | 52.56 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 1,315.36 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 2,163.35 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 90.79 | 0.00 |
| 15. | Capital One | Unsecured | 818.81 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 853.34 | 0.00 |
| 17. | Target National Bank | Unsecured | 24.84 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 592.21 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 17.42 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 698.21 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 41.88 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 2,824.44 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 43.55 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 12.62 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 470.73 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Harris, Dale | Case Number: 07 B 15863 |
| | Harris, Lori | Judge: Wedoff, Eugene R |
| | Printed: 6/3/08 | Filed: 8/31/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | ECast Settlement Corp | Unsecured | 38.79 | 0.00 |
| 27. | American General Finance | Unsecured | 73.62 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 89.99 | 0.00 |
| 29. | America's Servicing Co | Secured | | No Claim Filed |
| 30. | Bally Health & Tennis Club | Unsecured | | No Claim Filed |
| 31. | CitiFinancial | Unsecured | | No Claim Filed |
| 32. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 33. | Medical Collections | Unsecured | | No Claim Filed |
| 34. | MCYDSNB | Unsecured | | No Claim Filed |
| 35. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 36. | Northwest Collectors | Unsecured | | No Claim Filed |
| 37. | Shell Citibank | Unsecured | | No Claim Filed |
| 38. | Premier Credit | Unsecured | | No Claim Filed |
| 39. | Premier Credit | Unsecured | | No Claim Filed |

$ 34,058.40         $ 6,082.73

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 301.17 |
| 6.5% | 56.10 |
| | $ 357.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

